Certificate Number: 05781-PAE-DE-039752096

Bankruptcy Case Number: 25-11961



05781-PAE-DE-039752096

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 10, 2025, at 8:55 o'clock AM PDT, Jackqueline Vargas completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 10, 2025

By: /s/Allison M Geving

Name: Allison M Geving

Title: President