United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                               Case No. 25-11961-pmm

Jackqueline Vargas                                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                    Page 1 of 2

Date Rcvd: Aug 20, 2025                       Form ID: 318                              Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jackqueline Vargas, 1630 W. Whitehall Street, Allentown, PA 18102-1218 |
| 15009481 | + | Nathaniel Leu Vargas, 1630 W. Whitehall Street, Allentown, PA 18102-1218 |
| 15009482 | + | Penny Mac Mortgage, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15009484 | + | Santos Vargas, 1630 W. Whitehall Street, Allentown, PA 18102-1218 |
| 15009488 | + | The Home Depot/Citibank, PO Box 68, Sioux Falls, SD 57101-0068 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 21 2025 00:08:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 21 2025 00:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 15009470 | + | EDI: BANKAMER | Aug 21 2025 04:07:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15009471 | + | EDI: BANKAMER | Aug 21 2025 04:07:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 15009472 | + | EDI: TSYS2 | Aug 21 2025 04:07:00 | Barclays Bank/Gap, PO Box 8803, Wilmington, DE 19899-8803 |
| 15009473 | + | EDI: TSYS2 | Aug 21 2025 04:07:00 | Barclays Bank/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 15009474 | + | EDI: CAPIO.COM | Aug 21 2025 04:07:00 | Capio Partners, 2222 Texoma Pkwy Ste 150, Sherman, TX 75090-2481 |
| 15009475 | + | EDI: CAPITALONE.COM | Aug 21 2025 04:07:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15009476 | + | EDI: CITICORP | Aug 21 2025 04:07:00 | Citi, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 15009477 | + | EDI: DISCOVER | Aug 21 2025 04:07:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15009478 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 21 2025 00:09:00 | Drivetime/Bridgecrest, 7300 E. Hampton Ave Ste 101, Mesa, AZ 85209-3324 |
| 15009479 | | EDI: IRS.COM | Aug 21 2025 04:07:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15009480 | + | EDI: CAPITALONE.COM | Aug 21 2025 04:07:00 | Kohl's/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15009483 | + | Email/Text: bkrgeneric@penfed.org | Aug 21 2025 00:08:00 | Pentagon Federal Credit Union, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 15009485 | + | EDI: SYNC | Aug 21 2025 04:07:00 | SYNCB/Amazon, PO Box 71727, Philadelphia, |

District/off: 0313-4 | User: admin | Page 2 of 2

Date Rcvd: Aug 20, 2025 | Form ID: 318 | Total Noticed: 22

PA 19176-1727

| 15009486 | + EDI: SYNC | Aug 21 2025 04:07:00 | SYNCB/Sams CLub DC, PO Box 965005, Orlando, FL 32896-5005 |
| 15009487 | + EDI: WTRRNBANK.COM | Aug 21 2025 04:07:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| MARISA MYERS COHEN | on behalf of Creditor BANK OF AMERICA  N.A ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| STEPHEN J. PALOPOLI, III | on behalf of Debtor Jackqueline Vargas s.palopoli@verizon.net betsylavelle@yahoo.com;palopoli.stephenb129890@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jackqueline Vargas** | Social Security number or ITIN  xxx–xx–2983 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 25–11961–pmm | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jackqueline Vargas

<u>8/19/25</u>

**By the court:** <u>Patricia M. Mayer</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

| |
|---|
| **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.** |